AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of TEXAS

GENERAL ELECTRIC CAPITAL CORPORATION

V.

MK1 CONSTRUCTION SERVICES, LLC, STTI CONSTRUCTION, INC., and PAUL KARAM

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

SA09CA0252 FB

TO: (Name and address of Defendant)

MK1 CONSTRUCTION SERVICES, LLC
Paul Karam, Registered Agent
17352 Bell North
Schertz, Texas 78154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Henry B. Gonzalez III, #00794952
Gonzalez, Chiscano, Angulo & Kasson, P.C.
7718 Broadway
San Antonio, Texas 78209

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI

CLERK

APR 01 2009

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of TEXAS

GENERAL ELECTRIC CAPITAL CORPORATION

V.

MK1 CONSTRUCTION SERVICES, LLC, STTI CONSTRUCTION, INC., and PAUL KARAM

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

SA09CA0252 FB

TO: (Name and address of Defendant)

Paul Karam
17352 Bell North
Schertz, Texas 78154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Henry B. Gonzalez III, #00794952
Gonzalez, Chiscano, Angulo & Kasson, P.C.
7718 Broadway
San Antonio, Texas 78209

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI

CLERK

APR 01 2009

DATE

(By) DEPUTY CLERK

◦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of TEXAS

GENERAL ELECTRIC CAPITAL CORPORATION

V.

MK1 CONSTRUCTION SERVICES, LLC, STTI CONSTRUCTION, INC., and PAUL KARAM

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

SA09CA0252 FB

TO: (Name and address of Defendant)

STTI Construction, Inc.
Henry Karam, Registered Agent
9435 E Loop 1604 N
San Antonio, Texas 78160

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Henry B. Gonzalez III, #00794952
Gonzalez, Chiscano, Angulo & Kasson, P.C.
7718 Broadway
San Antonio, Texas 78209

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI — CLERK

APR 0 1 2009 — DATE

(By) DEPUTY CLERK